IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01655-REB-KLM

K-BEECH, INC.,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference and Incorporated Memorandum of Law** [Docket No. 6; Filed June 27, 2011] (the "Motion"). The Motion suffers from several deficiencies that preclude a resolution on its merits. First, the Motion is singled spaced in violation of D.C.COLO.LCivR 10.1E. Second, the text of the Motion appears to be in less than 12-point font in violation of D.C.COLO.LCivR 10.1D. Third, the Motion does not identify the proposed subpoena recipients or detail how many subpoenas may be issued. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. All pleadings must comply with the Local Rules or they will be summarily denied. Further, movants must provide sufficient factual information in support of their motions.

    Dated: June 28, 2011