# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  11-cv-01655-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**  September 01, 2011 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| K-BEECH, INC., | Jason A. Kotzker |
| Plaintiff(s), | |
| v. | |
| JOHN DOES 1-20, | - - - - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   8:05  a.m.
Court calls case.  Appearance  of counsel.

This is the time set for a Rule 16(b) Scheduling Conference.  No pretrial deadlines are set at this time.  Status of the case is discussed.

Plaintiff notes the identity of John Does 1-20 are being sought at this time from three internet service providers.  Six (6)  John Does have been identified by Comcast,  nine (9) by Qwest, and one (1) by Century for a total of 16 out of 20.  A few  IP addresses are not recognizable by the ISPs and the Plaintiff anticipates dismissing those John Does that cannot be identified. Plaintiff anticipates receiving the names identified by the ISPs on or before September 07, 2011.

Two pending Motions to Quash are discussed.

**It is ORDERED:**        Motion to Quash Subpoena [Docket No. **15**, filed August 12, 2011] filed by a "John Doe"  is **DENIED without prejudice**  for reasons as set forth on the record.

Plaintiff shall contact Dean Schott, who filed a Motion to Quash [Docket No. 19] to determine if Mr. Schott is  identified as a defendant in this case.

**It is ORDERED:**        Plaintiff shall have up to and including **SEPTEMBER 06, 2011** to file any response to MOTION TO QUASH [Docket No. **19**, filed August 16, 2011].

**It is ORDERED:**   **On or before SEPTEMBER 12, 2011**, Plaintiff shall file its legal brief showing legal authority / case law which supports filing just one law suit instead of separate law suits against this many John Does.

**It is ORDERED:**   A   **RULE 16(b) SCHEDULING CONFERENCE / SHOW CAUSE HEARING** is set  **OCTOBER  31,  2011   at  1:30 p.m.**   in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  A written ORDER TO SHOW CAUSE shall issue.  Parties shall file their proposed Scheduling Order **on or before OCTOBER  26,  2011.**

The Court directs the Courtroom Deputy to mail a copy of this Courtroom Minutes/Minute Order to Dean Schott at the address he listed on the Motion to Quash [Docket No. 19].

HEARING CONCLUDES.

**Court in recess:**   8:24 a.m.
Total In-Court Time:   00:19

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.