IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01655-CMA-MJW

K-BEECH, INC.,

Plaintiff(s),

v.

JOHN DOES 1-20,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Dean Schott's Motion to Quash Subpoena (docket no. 19) is DENIED.  Mr. Schott has failed to demonstrate any basis in law or fact for the relief sought.  He cites no legal authority for the relief sought in the subject motion and in reviewing the subject motion it really a general denial of the Complaint.

It is FURTHER ORDERED that the Clerk of Court shall send a copy of this minute order to:  Dean Schott, 317 61st Ave., Greeley, Colorado 80634.

Date:  September 7, 2011