# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

Civil Action No.   11-cv-01655-CMA-MJW          FTR - Courtroom A-502

**Date:**   January 31, 2012                             Courtroom Deputy, Ellen E. Miller

_Parties_                                                _Counsel_

K-BEECH, INC.,                                           Jason A. Kotzker

      Plaintiff(s),

v.

JOHN DOES 1-20,
Vivian L. Sanchez (John Doe #15)                         John A. Arsenault
Matt Scholbrock,   (John Doe #13)                        Thomas J. Moore

      Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:15 a.m.
Court calls case.  Appearances  of counsel.

The Court raises defendant Vivian Sanchez's motion to file amended answer for argument.
With no objections from Plaintiff or co-defendant,

**It is ORDERED:**          Defendant Vivian Sanchez's MOTION FOR LEAVE TO FILE FIRST
AMENDED ANSWER [Docket No. **45**, filed January 26, 2012] is
**GRANTED** for reasons as set forth on the record.
Docket No. **45-1**, Defendant's FIRST AMENDED ANSWER TO
PLAINTIFF'S AMENDED COMPLAINT (Docket No. 4) is accepted for
filing as of the date of this order.

**The following will confirm the actions taken and dates set at the scheduling conference
held this date:**

Joinder of Parties/Amendment to Pleadings:  **MARCH 01, 2012**

Discovery Cut-off:  **JUNE  29,  2012**

Dispositive Motions Deadline:  **JULY 31, 2012**

Each party  shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before**   **MARCH 15, 2012**

Parties shall designate Rule 26(a)(2) rebuttal experts   **on or before MAY 15, 2012**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **MARCH 15, 2012.**
Each party  shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions, including experts.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than JUNE 29, 2012**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

No **EARLY NEUTRAL EVALUATION  or  SETTLEMENT CONFERENCE**   is set at this time.

A  **STATUS  CONFERENCE**  is set  **APRIL 05, 2012  at  9:00 a.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**FINAL PRETRIAL CONFERENCE** set for    **SEPTEMBER 24, 2012  at  10:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov,  **on or before SEPTEMBER 19, 2012. In the subject line** of the e-mail, counsel shall list the case number, short caption, and  "proposed final pretrial order."  (See www.cod.uscourts.gov for more information.)
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a three (3) day Trial to a Jury.
The Honorable Christine M. Arguello  will set a Trial Preparation Conference and Trial at a future date.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered  with interlineations   **JANUARY 31, 2012**

Hearing concluded.   **Court in recess:**   9:37 a.m.   Total in-court time: 00:22

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.